MEMO ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELVIS MARTINEZ and ERNESTO VERA,

Plaintiffs,

    -against-

AVALANCHE CONSTRUCTION GROUP INC, A & P QUALITY CONSTRUCTION INC, TRIDENT GENERAL CONTRACTING LLC, and ARTUR WILK,

                    Defendants.

20-CV-11065-KPF-JLC

**NOTICE OF DISMISSAL**

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs ELVIS MARTINEZ and ERNESTO VERA, by their counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice, against Defendant TRIDENT GENERAL CONTRACTING LLC.

Dated: February 10, 2021

/s/David Harrison
David Harrison, Esq.
110 Highway 35, Suite 10
Red Bank, NJ 07748
T: 718-799-9111
F: 718-799-9171
dharrison@nynjemploymentlaw.com
*Attorneys for Plaintiffs*

Application GRANTED.

Dated:    February 11, 2021
             New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE