UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELVIS MARTINEZ and ERNESTO VERA, *individually and on behalf of others similarly situated*,

                Plaintiffs,

-v.-

AVALANCHE CONSTRUCTION GROUP INC., A & P QUALITY CONSTRUCTION INC., and ARTHUR WILK,

                Defendants.

20 Civ. 11065 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    Plaintiffs filed the Complaint in this case on December 30, 2020. (Dkt. #1). Electronic summons issued on January 4, 2021. (*See* Dkt. #4). No Defendant has yet appeared or answered. To date, Plaintiffs have not initiated default proceedings or otherwise prosecuted this case. Therefore, Plaintiffs are ORDERED TO SHOW CAUSE, in writing, on or before May 10, 2021, why Plaintiffs' case should not be dismissed for failure to prosecute.

    SO ORDERED.

Dated: April 9, 2021
       New York, New York

*Katherine Polk Failla*

                KATHERINE POLK FAILLA
                United States District Judge