UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ELVIS MARTINEZ and ERNESTO VERA,

                         Plaintiffs,                Case No. 1:20-cv-11065-JLC

                - against -

AVALANCHE CONSTRUCTION GROUP INC., A & P
QUALITY CONSTRUCTION INC., ARTUR WILK,
LHOTSE CORP D/B/A TRIDENT CONTRACTING,
and LHOTSE CONTRACTING CORP.,

                         Defendant.
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/28/21

### STIPULATION OF VOLUNTARY DISMISSAL
### PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

WHEREAS Plaintiffs, ELVIS MARTINEZ and ERNESTO VERA have reached two separate settlement agreements, one with Defendants LHOTSE CORP D/B/A TRIDENT CONTRACTING, and LHOTSE CONTRACTING CORP. (the "Lhotse Defendants") and one with Defendants AVALANCHE CONSTRUCTION GROUP INC. and ARTUR WILK (the "Avalanche Defendants")[1] disposing all claims asserted in the above-captioned action (the "Action");

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action shall be, and hereby is, dismissed with prejudice, each party to bear its own costs.

---

[1] Defendant A & P Quality Construction Inc. ("A&P") has never appeared in this action and inasmuch as the parties have entered in the two settlement agreements, Plaintiffs consent to dismissing it with prejudice with the Court's approval.

Dated: October 20, 2021
New York, NY

| | |
|---|---|
| HARRISSON, HARRISON & ASSOCIATES, LTD | DANIEL SETH PERLMAN |
| By: *David Harrison* | By: *Daniel Seth Perlman* |
| David Harrison, Esq. | Daniel S. Perlman, Esq. |
| 110 Highway 35, 2nd Floor | 295 Madison Avenue, 19th Floor |
| Red Bank, NJ 07748 | New York, NY 10017 |
| (888) 239-4410 | (212) 684-1466 |
| Fax: (718) 799-9171 | Fax: (212)-684-1468 |
| Email: dharrison@nynjemploymentlaw.com | Email: danperlma@aol.com |
| | *Attorneys for Defendants* |
| *Attorneys for Plaintiffs* | *Avalanche Construction Group Inc. and Artur Wilk* |

OFFIT KURMAN, P.A.

By: _____

Rod Biermann, Esq.
590 Madison Avenue, 6th Floor
New York, NY 10022
(212) 545-1900
Fax: (212) 545-1656
Email: rbiermann@offitkurman.com

*Attorneys for Defendants
Lhotse Corp. d/b/a Trident Contracting and
Lhotse Contracting Corp.*

4865-0552-1408, v. 1

SO ORDERED:

_____
Hon. James L. Cott
United States Magistrate Judge

10/28/21